UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| EDRICK SMITH | CIVIL ACTION |
| VERSUS | |
| KINDER MORGAN GP, LLC | NO. 23-00349-BAJ-SDJ |

### RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 23, the "Report")** recommending that the Court dismiss the above-captioned matter without prejudice under Federal Rule of Civil Procedure 25(a)(1). (*Id.* at 5).

Plaintiff has passed away. (Doc. 20). When Plaintiff's Counsel did not file a formal suggestion of death after Plaintiff passed away, the Magistrate Judge issued an Order serving as an "official Notice of Death of Plaintiff." (*Id.*). The Order emphasized: "**If a motion to substitute a proper plaintiff is not made within 90 days after service of a notice of death, the action must be dismissed.** Fed. R. Civ. P. 25(a)(1)." (Doc. 20 (emphasis in original)).

Now, more than 90 days have passed since the Notice of Death was served on Plaintiff's beneficiary, and no motion for substitution has been filed. (Doc. 23 at 4). Accordingly, the Magistrate Judge recommends that the Court dismiss Plaintiff's claims without prejudice as required by Rule 25(a)(1). There are no objections to the Report.

After considering Plaintiff's Complaint, the Court's Orders, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report

and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Judgment will be entered separately.

Baton Rouge, Louisiana, this 6th day of November, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**